DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

WOLFE v. HEWES

No. 168 PC.

Case below: 41 N.C. App. 88.

Petitions by plaintiffs and defendants for discretionary review under G.S. 7A-31 denied 23 August 1979.